# VIOLATION REPORT

## U.S. PRETRIAL SERVICES OFFICE

### MEMORANDUM

DATE: March 14, 2006

TO: The Honorable Dennis L. Howell
U.S. Magistrate Judge

FROM: Eric G. Simpson
U.S. Probation Officer

RE: **Floyd Samuel Thompson Jr.**
**2:05CR226**
**Notification of Bond Violation**
**NO ACTION REQUESTED**

FILED
ASHEVILLE, N. C.

MAR 2 0 2006

U.S. DISTRICT COURT
W. DIST. OF N. C.

---

## RELEASE STATUS:

Floyd Samuel Thompson Jr. made an initial appearance before U.S. Magistrate Judge Dennis L. Howell on 1/10/06 charged with possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g). Mr. Thompson was released on an unsecured bond and placed on pretrial supervision. Special conditions of release included searches and that the defendant was to be brought back to court for the first positive urinalysis. Mr. Thompson entered a guilty plea before Judge Howell on 2/7/06.

## APPARENT VIOLATION:

1   Mr. Thompson has violated the condition of bond which states that he is to refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in that on 2/9/06 prior to a routine urinalysis he admitted to the USPO that he had smoked a small amount of marijuana on or about 2/5/06.

## SUMMARY OF DEFENDANT'S ADJUSTMENT TO SUPERVISION:

Mr. Thompson's adjustment to pretrial supervision would be regarded as below average.

Floyd Samuel Thompson Jr.
2:05CR226

## SUMMARY OF OFFICER INTERVENTION:

The USPO has monitored the defendant's pretrial supervision through residence visits, periodic urinalysis, criminal record checks and telephonic contact with his substance abuse and mental health counselor. The USPO has advised the defendant of his bond conditions and the possible consequences of his failure to adhere to them. The USPO has advised the defendant that he is to continue with his mental health and substance abuse treatment at Meridian in Sylva, NC.

## RECOMMENDATION:

This defendant reported to the USPO at the beginning of his pretrial period that he had been a marijuana user for approximately twenty years. His initial urinalysis conducted immediately after his initial appearance was positive for marijuana with a THC level of 715 ng/ml. The second urinalysis conducted nine days later on 1/19/06 was also positive for marijuana but the THC level had decreased to 96 ng/ml. The USPO believes that the defendant was honest on 2/9/06 when he reported to the USPO that he had used a small amount of marijuana on or about 2/5/06. This is apparent given that the urinalysis result from Scientific Laboratories yielded a negative result. The defendant is involved in substance abuse and mental health treatment at Meridian. The USPO believes that this defendant is making progress and recommends that he be given another opportunity to comply with his conditions of release. However, the USPO also recommends that if the defendant is afforded another opportunity to remain on bond, he is to be returned to court for any further positive urinalysis or use of illegal substances. The USPO will then recommend bond revocation.

I declare under penalty of perjury that the foregoing is true and correct.

Submitted this 14 day of March, 2006.

Eric G. Simpson
U.S. Probation Officer

Approved by:

Elisabeth F. Ervin
Supervising U.S. Probation Officer

cc:  Don Gast, Assistant U.S. Attorney
   Floyd Samuel Thompson Jr., Defendant
   Clerk's Office
   Reid Brown, Defense Counsel
   PSI Officer

## THE COURT ORDERS

[X]   No Action

[ ]   The Issuance of a Warrant

[ ]   The Issuance of a Summons

[ ]   Other

_____
Signature of Judicial Officer

_____
Date